*Messrs. Loud & Leavitt* and *Mr. Donald Campbell,* for Respondents.

---

No. 6,060.—STATE EX REL. WALTER W. RALEIGH ET AL., RELATORS, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of *certiorari* to the District Court of the Fourteenth Judicial District in and for the County of Meagher and W. I. Ford, Judge thereof, to annul a certain order made on March 12, 1923, and certain findings made on October 1, 1926, in an action in which relators were plaintiffs and the St. Paul Cattle Loan Company and others were defendants.

Decided October 18, 1926.

PER CURIAM.—The petition of relators herein for writ of *certiorari* is denied.